


BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13 CR 0 0 2 2 8 - AWI BAM |
|---|---|
| Plaintiff, | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6 (e), FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DENNA THONG, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATE: May 30, 2013

_____
United States Magistrate Judge

Ex Parte Motion to Seal Indictment                     3