HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DENNA THONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>DENNA THONG,<br><br>    *Defendant*. | Case No. 1:13-cr-00228 LJO-SKO-1<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION AND ORDER THEREON<br><br>Date: N/A<br>Time: N/A<br>Dept : Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that Defendant Denna Thong's conditions of pretrial release may be modified in order to permit Mr. Thong and his wife to make a necessary change of apartments. Under Mr. Thong's current terms of home incarceration, he is unable to leave his residence to sign his new lease and to move apartments. The parties request that his terms of home incarceration be modified so that he can engage in only those moving-related activities that are *pre-cleared* with the Office of Pretrial Services.

Specifically, the parties request that the final condition of Mr. Thong's Additional Conditions of Pretrial Release (Docket No. 13) be amended so that it reads: "Home Incarceration. You are restricted to your residence at all times except for medicals needs or treatment, attorney visits, and court appearances pre-approved by the Pretrial Services office or the supervision officer. The foregoing notwithstanding,

///

///

1   you are permitted to leave your home to engage in activities related to your planned change of apartments.

2   All such activities must be approved by the Office of Pretrial Services <u>before</u> they are conducted."

3                                              Respectfully submitted,

4                                              BENJAMIN B. WAGNER
                                               United States Attorney
5

6   DATED: August 29, 2013         By:   /s/ *Laurel Montoya*
                                         LAUREL MONTOYA
7                                        Assistant United States Attorney
                                         Attorney for Plaintiff
8

9                                        HEATHER E. WILLIAMS
                                         Federal Defender
10

11  DATED: August 29, 2013         By:   /s/ *Jeremy Kroger*
                                         JEREMY S. KROGER
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13                                       DENNA THONG

14

15

16

17                              **O R D E R**

18  IT IS SO ORDERED.

19  **Dated:   August 29, 2013**            /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

THONG — Stipulation to Modify
Conditions of Pretrial Supervision            2