BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00228-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DENNA THONG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motions and status on March 17, 2014 at 10:00 a.m.

2. By this stipulation, parties now move to continue the pending motions hearing and status conference until March 24, 2014 at 10:00 a.m. and to exclude time between March 17, 2014 and March 24, 2014 under 18 U.S.C.§ 3161(h)(1)(d), (h)(7)(A) and (B)(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case has been provided to the defendant.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b. Government needed additional time to file the response due originally on February 24, 2014. The defense has no objection to continuing the date for filing of the government's response to March 3, 2014 and it was filed on March 3, 2014.

   c. The date for the defense's reply is continued from March 3, 2014 to March 10, 2014.

   d. The date for the hearing on the motion is continued from March 17, 2014 to March 24, 2014 at 10:00 a.m.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2014 to March 24, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(d), (h)(7)(A) and (B)(iv) because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that pre-trial motions are pending and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED:  March 3, 2014     /s/ Laurel J. Montoya
               LAUREL J. MONTOYA
               Assistant United States Attorney

DATED:  March 3, 2014     /s/ Jeremy S. Kroger
               JEREMY S. KROGER
               JANET BATEMAN
               Attorneys for Defendant Denna Thong

///

///

**O R D E R**

IT IS SO ORDERED.

Dated: March 4, 2014

_____
SENIOR DISTRICT JUDGE