| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | JANET BATEMAN, Bar #241210 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 4 | Telephone: (559) 487-5561 |

Attorney for Defendant
DENNA THONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-00228 AWI-BAM |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE CHANGE OF |
| v. | ) | PLEA TO 6/30/2014 |
| | ) | |
| | ) | |
| DENNA THONG | ) | DATE:    June 30, 2014 |
| | ) | TIME:    10:00 a.m. |
| *Defendant.* | ) | JUDGE:  Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently scheduled for April 21, 2014, **be continued to June 30, 2014 at 10:00 a.m. with Hon. Anthony W. Ishii.**

This stipulation is necessary to accommodate the defendant's scheduled medical procedures and estimated recovery period.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  April 10, 2014    By | */s/ Laurel J. Montoya*<br>Laurel J. Montoya<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED:  April 10, 2014    By | */s/ Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DENNA THONG |

**ORDER**

The change of plea hearing currently scheduled for April 21, 2014 is continued to June 30, 2014 at 10:00 a.m.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  April 10, 2014                              _____
                                                                SENIOR DISTRICT JUDGE