UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED
APR 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## PRETRIAL SERVICES VIOLATION PETITION

UNITED STATES OF AMERICA,
v.
Denna Thong

Docket No. 1:13-CR-228-1
Federal Charges: 26:5861(d)-Possession of Unregistered Firearm; 18:924(c)-Possession of Firearm in Furtherance of Drug Trafficking Crime

**COMES NOW,** Dan Stark Pretrial Services Officer of the Court, presenting an official report upon the conduct of Denna Thong, who was placed on bond by the Honorable Sheila K. Oberto sitting in the Court at Fresno, California, on August 22, 2013, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** The defendant shall participate in the following location monitoring program component and abid by all the requirements of the program, which will include electronic monitoring. The defendant shall pay all or part of the costs of the program based upon ability to pay as determined by the Pretrial Services Officer. Home Incarceration-Defendant is restricted to the residence at all times except for medical needs or treatment, attorney visits, and court appearances pre-approved by Pretrial Services.

**ALLEGED VIOLATION CONDUCT:** On April 6, 2014, the defendant had an unauthorized leave on location monitoring from 0117 hours to 0137 hours.

**PRAYING THAT THE COURT WILL ORDER** the matter placed on calendar on Thursday, April 24, 2014, at 2:30 pm and order the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: April 23, 2014

U.S. Pretrial Services Officer

## ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____ .
- ☒ The Court hereby orders this matter placed on this court's calendar on April 24, 2014 at 2:30 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.

- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: April 23, 2014

UNITED STATES MAGISTRATE JUDGE