1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JANET BATEMAN, Bar #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Denna Thong

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. 1:13-cr-00228 AWI-BAM-1
                                       )
12          *Plaintiff,*               )  **STIPULATION TO CONTINUE
                                       )  SENTENCING,  ORDER THEREON**
13      vs.                            )
                                       )  Date:   November 3, 2014
14  DENNA THONG,                       )  Time:   10:00 a.m.
                                       )  Judge:  Hon. Anthony W. Ishii
15          *Defendant.*               )
                                       )
16  _____     )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and

19  JANET BATEMAN, Assistant Federal Defender, counsel for defendant Denna Thong, that the

20  date for sentencing may be continued to **November 3, 2014, at 10:00 a.m.**, or the soonest date

21  thereafter convenient to the court. It is also stipulated that defendant's sentencing memorandum

22  may be filed by October 27, 2014. Sentencing is currently scheduled for **September 15, 2014.**

23       Mr. Thong is currently scheduled to meet with an oral surgeon on October 8 regarding the

24  removal of four wisdom teeth and two infected molars.  At this point, defense counsel and Mr.

25  Thong do not know whether the surgery will proceed immediately on October 8, or whether he

26  will be scheduled for surgery on another date.  In any event, the November 3 date should give Mr.

27  Thong a chance to heal.  Defense counsel will update AUSA Montoya and the Court should the

28  surgery be scheduled for a later date.

1    The parties agree that any delay resulting from the continuance shall be excluded as

2  necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and

3  3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

4  continuance outweigh the interests of the public and the defendant in a speedy trial.

5

6                                                                         BENJAMIN B. WAGNER
                                                                          United States Attorney
7
          DATED: September 8, 2014                    By:    /s/ *Laurel J. Montoya*
8                                                            LAUREL J. MONTOYA
                                                             Assistant U. S. Attorney
9                                                            Attorney for Plaintiff

10                                                                        HEATHER E. WILLIAMS
                                                                          Federal Defender
11
          DATED: September 8, 2014                    By:    */s/ Janet Bateman*
12                                                           JANET BATEMAN
                                                             Assistant Federal Defender
13                                                           Attorney for Defendant
                                                             Denna Thong
14

15
                                        O R D E R
16
          IT IS SO ORDERED. The intervening period of delay is excluded in the interests of
17
    justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).
18

19
    IT IS SO ORDERED.
20
    Dated:   September 8, 2014            _____
21                                             SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

Thong: Stipulation to Continue Sentencing                2