BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00228-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DENNA THONG, | |
| Defendants. | |

WHEREAS, on July 3, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Denna Thong, in the following property:

      a.   S.W.D. Incorporated Cobray M-11 9mm machine pistol;

      b.   9mm Glock pistol;

      c.   .40 caliber Springfield Arms XD-40 semi-automatic pistol; and,

      d.   All magazines and ammunition seized in this case.

AND WHEREAS, beginning on July 15, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

FINAL ORDER OF FORFEITURE                1

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

2    property, and the time for any person or entity to file a claim has expired.

3    Accordingly, it is hereby ORDERED and ADJUDGED:

4    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America

5    all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872 and 28 U.S.C. §

6    2461(c), to be disposed of according to law, including all right, title, and interest of Denna Thong.

7    2.    All right, title, and interest in the above-listed property shall vest solely in the name of

8    the United States of America.

9    3.    The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of

10   and control over the subject property until it is disposed of according to law.

11

12   IT IS SO ORDERED.

13   Dated:   January 6, 2015

14                                          SENIOR  DISTRICT  JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE

2